CASE UNSEALED PER ORDER OF COURT

SEALED

FILED
2013 APR 23 PM 3:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

February 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **13CR1514 JM** |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 18, U.S.C., Sec. 371 - Conspiracy; Title 31, U.S.C., Sec. 5324(a)(3) and 31 C.F.R., Sec. 103.33 - Structuring |
| ABDIAZIZ HUSSEIN, ) aka "Abdiaziz Hussen," ) aka "Abdirizak," ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

At various points material to this Indictment:

1. Shidaal Express ("Shidaal") was a money services business (MSB) and domestic financial institution in San Diego, California.

2. Defendant ABDIAZIZ HUSSEIN, aka "Abdiaziz Hussen," aka "Abdirizak," ("HUSSEIN") was Shidaal's manager and responsible for daily operations from 2007 until approximately November 2009.

3. Basaaly Moalin, charged elsewhere, was a resident of San Diego, California, who repeatedly transmitted monies through Shidaal and ABDIAZIZ HUSSEIN, aka "Abdiaziz Hussen," aka "Abdirizak," to persons in Somalia.

//
//

CPH:lml:San Diego
4/22/13

1   4.   "Structuring" refers to breaking up sums of money into smaller amounts to evade currency reporting requirements triggered at certain threshold amounts.

5.   Title 31, Code of Federal Regulations, Section 103.20 (now codified at Title 31, Code of Federal Regulations, Section 1022.320), required MSBs to file suspicious activity reports for transactions aggregating $2,000 or more if the MSB had reason to suspect the transactions were designed, through structuring or other means, to evade regulations promulgated under the Bank Secrecy Act.

6.   Title 31, Code of Federal Regulations, Section 103.33 (now codified at Title 31, Code of Federal Regulations, Section 1010.410) required MSBs, for transmittals of $3,000 or more, to maintain and retain records of the transaction accurately reflecting, among other things, the names of the transmittor and the recipient.

7.   Beginning on a date unknown and continuing up to on or about August 5, 2008, within the Southern District of California and elsewhere, defendant ABDIAZIZ HUSSEIN, aka "Abdiaziz Hussen," aka "Abdirizak," knowingly and intentionally conspired and agreed with Basaaly Moalin, charged elsewhere, and other persons known and unknown to the Grand Jury to commit the following offenses against the United States:

    (a)   to cause Shidaal Express, a domestic financial institution, to fail to maintain records required pursuant to regulations prescribed under Section 21 of the Federal Deposit Insurance Act and Public Law 91-508, Section 123, in violation of Title 31, United States Code, Section 5324(a)(1) and Title 31, Code of Federal Regulations, Section 103.33 (now codified at Title 31, Code of Federal Regulations, Section 1010.410);

    (b)    to cause Shidaal Express, a domestic financial institution, to fail to file reports required under Title 31, United States Code, Section 5318 and regulations prescribed thereunder, in violation of Title 31, United States Code, Sections 5318 and 5322, and Title 31, Code of Federal Regulations, Section 103.20 (now codified at Title 31, Code of Federal Regulations, Section 1022.320); and

    (c)    to structure and assist in structuring transactions with Shidaal Express, a domestic financial institution, for the purpose of evading the reporting requirements of Title 31, United States Code, Sections 5313(a) and 5325 and regulations prescribed thereunder, and the record keeping requirements required pursuant to regulations prescribed under Section 21 of the Federal Deposit Insurance Act and Public Law 91-508, Section 123, in violation of Title 31, United States Code, Section 5324(a)(3).

## OVERT ACTS

8. In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed within the Southern District of California and elsewhere on or about the dates set forth below:

    a.    On April 23, 2008, Basaaly Moalin, charged elsewhere, and defendant HUSSEIN spoke about a $2,000 transaction "that was split" into two different transactions with two different recipients;

    b.    On April 23, 2008, defendant HUSSEIN caused the following transfers for Basaaly Moalin (charged elsewhere):

| Transaction Number | Date In | Sender | Sender Phone | Receiver City | Amount |
|---|---|---|---|---|---|
| LMD0024658 | 4/23/2008 | abdirizak said | 6192781189 | GURICEEL | $1,000 |
| LMD0024659 | 4/23/2008 | bazal macalin | 6192835615 | GURICEEL | $1,000 |

    c.    On April 25, 2008, Moalin and defendant HUSSEIN spoke about sending $3,000 in "two installments" and using two different recipient names for the transactions;

    d.    On April 23 and 25, 2008, defendant HUSSEIN caused the following transfers for Moalin:

| Transaction Number | Date In | Sender | Sender Phone | Receiver City | Amount |
|---|---|---|---|---|---|
| LMD0024652 | 4/23/2008 | abdiwali ahmed | 6198534875 | DHUUSAMAREEB | $1,900 |
| LMD0024776 | 4/25/2008 | Zahra warsame | 6192845674 | DHUUSAMAREEB | $1,100 |

    e.    On May 29, 2008, Moalin and defendant HUSSEIN spoke about $7,000 that had been transferred to an individual (I-1);

    f.    On May 29, 2008, Moalin told I-1 "the money cannot be sent in one sum" and instead would be "put . . . through separately;"

    g.    Between May 15, 2008 and May 29, 2008, defendant HUSSEIN caused the following transfers for Moalin:

| Transaction Number | Date In | Sender | Sender Phone | Receiver City | Amount |
|---|---|---|---|---|---|
| LMD0026826 | 5/15/2008 | said basaal | 6195638545 | MUQDISHO_BU LAXUBEY | $1,900 |
| LMD0027582 | 5/27/2008 | Zahra Hasan yusuf | 8583457855 | MUQDISHO_BA KAARAHA_HQ | $1,800 |

4

| Transaction Number | Date In | Sender | Sender Phone | Receiver City | Amount |
|---|---|---|---|---|---|
| LMD0027907 | 5/27/2008 | zeynab warsame | 6192018256 | MUQDISHO_BA KAARAHA_HQ | $1,900 |
| LMD0027722 | 5/29/2008 | bashiir ahmed yusuf | 6192834516 | MUQDISHO_BA KAARAHA_HQ | $1,400 |

    h.    On May 29, 2008, defendant HUSSEIN requested another name to use in transmitting $7,700 for Moalin;

    i.    Between May 31, 2008 and June 1, 2008, defendant HUSSEIN caused the following transfers for Moalin:

| Transaction Number | Date In | Sender | Sender Phone | Receiver City | Amount |
|---|---|---|---|---|---|
| LMD0027904 | 5/31/2008 | haliima camey | 6193468253 | BOSASO | $1,900 |
| LMD0027906 | 5/31/2008 | shukri Haji adhmed | 61951628446 | BOSASO | $1,800 |
| LMD0027907 | 5/31/2008 | Zahra Mohamed | 6195648270 | BOSASO | $1,700 |
| LMD0028020 | 6/1/2008 | zuhuur Mohamed ali | 6194597250 | BOSASO | $1,300 |
| LMD0028024 | 6/1/2008 | dahir ahmed | 6195286163 | BOSASO | $1,000 |

    j.    Between June 4 and June 5, 2008, defendant HUSSEIN caused the following transfers for Moalin:

| Transaction Number | Date In | Sender | Sender Phone | Receiver City | Amount |
|---|---|---|---|---|---|
| LMD0028520 | 6/4/2008 | bushra Haji yusuf | 6192435612 | MUQDISHO_BA KAARAHA_HQ | $1,700 |
| LMD0028654 | 6/5/2008 | halima hassen | 6193214564 | MUQDISHO_BA KAARAHA_HQ | $300 |

//

  k. On July 26, 2008, Moalin spoke to an individual (I-2) who said he had not received the full balance, and had received "1,030.00 and 1,250.00; it is 2,280.00 plus 1860.00;"

  l. On August 2, 2008, Moalin and defendant HUSSEIN discussed the remaining $860 to be sent to I-2;

  m. Between July 15, 2008 and August 5, 2008, defendant HUSSEIN caused the following transfers to Moalin:

| Transaction Number | Date In | Sender | Sender Phone | Receiver City | Amount |
|---|---|---|---|---|---|
| LMD00032032 | 7/15/2008 | Dukan Hersi | 6193194578 | GURICEEL | $1,250 |
| LMD00032081 | 7/15/2008 | Hersi Dunkal | 6195493197 | GURICEEL | $1,030 |
| LMD00032485 | 7/23/2008 | Isse Guled | 6193458765 | GURICEEL | $1,860 |
| LMD00033567 | 8/5/2008 | hafsa mohamed | 6194658968 | GURICEEL | $860 |

  n. On August 2, 2008, Moalin and defendant HUSSEIN discussed the remaining $350 that needed to be sent to an individual (I-3);

  o. On July 23, 2008 and August 5, 2008, defendant HUSSEIN caused the following transfers for Moalin:

| Transaction Number | Date In | Sender | Sender Phone | Receiver City | Amount |
|---|---|---|---|---|---|
| LMD00032487 | 7/23/2008 | Kulan Muhumed | 6192781189 | DHUUSAMAREEB | $1,650 |
| LMD00033619 | 8/5/2008 | Hashi mohamed | 6194648250 | DHUUSAMAREEB | $350 |

All in violation of Title 18, United States Code, Section 371.

//

### Counts 2-4

On or about the dates below, within the Southern District of California, defendant ABDIAZIZ HUSSEIN, aka "Abdiaziz Hussen," aka "Abdirizak," knowingly and for the purpose of evading the reporting requirements of Title 31, United States Code, Sections 5313(a) and 5325 and regulations prescribed thereunder, and the recordkeeping requirements imposed by regulations prescribed under section 21 of the Federal Deposit Insurance Act and Public Law 91-508, section 123, did structure and assist in structuring the transactions below with Shidaal Express, a domestic financial institution:

| Count | Date | Description |
| --- | --- | --- |
| 2 | April 23-25, 2008 | Structured $3,000 into separate transmittals of $1,900 and $1,100 |
| 3 | May 15-29, 2008 | Structured $7,000 into separate transmittals of $1,900, $1,800, $1,900 and $1,400 |
| 4 | May 31 to June 1, 2008 | Structured $7,700 into separate transmittals of $1,900, $1,800, $1,700, $1,300 and $1,000 |

All in violation of Title 31, United States Code, Section 5324(a)(3), and Title 31, Code of Federal Regulations, Section 103.33 (now codified at Title 31, Code of Federal Regulations, Section 1010.410).

DATED: April 23, 2013.

A TRUE BILL:

_/s/ Vernon Kee_
Foreperson

LAURA E. DUFFY
United States Attorney

By: _/s/ Caroline P. Han_
CAROLINE P. HAN
Assistant U.S. Attorney