LAURA E. DUFFY
United States Attorney
CAROLINE HAN
Assistant U.S. Attorneys
California State Bar No. 250301
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6968/(619) 546-0831 (Facsimile)
Email: Caroline.Han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 13CR1514-JM |
| Plaintiff, | NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION |
| v. | |
| ABDIAZIZ HUSSEIN, aka "Abdiaziz Hussen," aka "Abdirizak," | |
| Defendant. | |

The United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, and Caroline Han, Assistant U.S. Attorney, hereby provides notice to the defendant, Abdiaziz Hussein, and to the Court, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), that the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this case information obtained or derived from electronic surveillance and physical searches

//

//

//

//

conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA) (FISA), as amended, 50 U.S.C. §§ 1801-1812 and 1821- 1829.

DATED: June 10, 2013

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/Caroline P. Han

_____
CAROLINE HAN
Assistant U.S. Attorney

Attorneys for Plaintiff
United States of America