UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 13cr1514 JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING GUILTY PLEA |
| ABDIAZIZ HUSSEIN,<br>    aka "Abdiaziz Hussen,"<br>    aka "Abdirizak," | ) ) ) | |
| Defendant. | ) | |

No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Stormes are adopted and this Court accepts defendant's PLEA OF GUILTY to count 2 of the Indictment filed April 23, 2013.

DATED: June 27, 2014

Hon. Jeffrey T. Miller
United States District Judge